192 So. 927
### Oscar WILLIAMS v. STATE.
6 Div. 465.

Court of Appeals of Alabama.
Dec. 19, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.